LUDLOW *against* HEYCRAFT.

A plea sent by the post, will save a default.

THIS was an action against the acceptor of a bill of ex·
change, in which the plea, having been sent by the post,
did not arrive in time, in consequence of which a default
was entered. See 1 Caines' Rep. 67, n. (b.)

*Henry* moved to set it aside, on affidavit that the ac·
ceptance was conditional.

*Williams* resisted, because it did not appear to have been
on the face of the bill.

*Henry*, in reply. It might have been verbal, and is
sworn to.

*Per Curiam.* Take your motion on payment of costs.
                                                    Motion granted.